UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLENN D. GALLOT,

    Petitioner,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Respondent.

Case No. 16-cv-06154-SI

**JUDGMENT**

This action is dismissed without prejudice to petitioner filing a new action for writ of habeas corpus if he is ever convicted or civilly committed and exhausts state court remedies as to the decision he wishes to challenge.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 16, 2017

_____
SUSAN ILLSTON
United States District Judge